

**ORDERED in the Southern District of Florida on July 10, 2015.**

                            **Erik P. Kimball, Judge**
                            **United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO.: 12-39239-EPK |
| | Chapter 7 |
| **VICOR TECHNOLOGIES, INC.,** | |
|     Debtor. | |
| _____/ | |
| | |
| **MARGARET J. SMITH,** | |
| Chapter 7 Trustee, | |
|     Plaintiff, | |
| v. | ADV. NO.: 14-01879-EPK |
| **DR. DAVID KRASNOW,** | |
|     Defendant. | |
| _____/ | |

### ORDER ON MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** came before the Court on July 9, 2015 at 9:30 a.m. upon *Defendant's Motion for Summary Judgment* [ECF No. 10] (the "Motion") filed by Dr. David Krasnow. For

the reasons stated on the record, and with the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 10] is **GRANTED**.

###

Copies furnished to:

Nathan G. Mancuso, Esq.

*Nathan G. Mancuso, Esq. shall serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*